UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES S. LONGSHORE,

           Plaintiff,

v.

MASON COUNTY JAIL, SGT. JOE OTT, CHIEF TOM HAUGEN,

           Defendants.

No. C13-5257 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Based on the parties' Stipulation (ECF No. 11), this matter is **DISMISSED WITH PREJUDICE and without costs.**

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 22nd day of July, 2013.

                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1